JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO ALEMAN, | CASE NO: CV12-08567-ODW(VBKx) |
|---|---|
| Plaintiff, | ORDER APPROVING PARTIES' STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE |
| v. | |
| MCCARTHY BUILDERS, and DOES 1 through 20, inclusive, | Assigned to:<br>Hon. Otis D. Wright II, Dept. 11 |
| Defendant. | Complaint Filed: August 24, 2012<br>Trial Date: Not Set |

This matter was submitted pursuant to the stipulation of the parties.

THEREFORE, IT IS ORDERED THAT:

The parties' stipulation is approved. This entire action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: November 27, 2012            UNITED STATES DISTRICT COURT

By: _____
THE HONORABLE OTIS D. WRIGHT II

703.008/3489244.DOCX.bdp

ORDER APPROVING PARTIES' STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE