JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MCCARTHY BUILDERS, and DOES 1 through 20, inclusive,<br><br>    Defendant. | CASE NO: CV12-08567-ODW(VBKx)<br><br>ORDER APPROVING PARTIES' STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Assigned to:<br>Hon. Otis D. Wright II, Dept. 11<br><br>Complaint Filed:  August 24, 2012<br>Trial Date:  Not Set |

    This matter was submitted pursuant to the stipulation of the parties.

    THEREFORE, IT IS ORDERED THAT:

    The parties' stipulation is approved. This entire action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED: November 27, 2012     UNITED STATES DISTRICT COURT

By: _____
THE HONORABLE OTIS D. WRIGHT II

703.008/3489244.DOCX.bdp

ORDER APPROVING PARTIES' STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE